Brian S. King, #4610
Brent J. Newton, #6950
Samuel M. Hall, #16066
Andrew J. Somers, #19078
**BRIAN S. KING, P.C.**
420 East South Temple, Suite 420
Salt Lake City, UT 84111
Telephone: (801) 532-1739
Facsimile: (801) 532-1936
brian@briansking.com
brent@briansking.com
samuel@briansking.com
andrew@briansking.com

Attorneys for Plaintiffs

THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| A.H., and K.H., <br><br> Plaintiffs, <br> vs. <br><br> UNITED HEALTHCARE INSURANCE COMPANY, UNITED BEHAVIORAL HEALTH, and the DELTA PILOTS MEDICAL PLAN (DPMP) INCLUDING A NETWORK OPTION AND OUT-OF-AREA (OOA) OPTION, <br><br> Defendants. | NOTICE OF SETTLEMENT <br><br> Civil No. 1:22-cv-00081-HCN-CMR <br><br> District Judge Howard C. Nielson, Jr. <br><br> Magistrate Judge Cecilia M. Romero |

Plaintiffs, through their undersigned counsel, hereby notify the Court that the parties have reached a confidential settlement agreement. Plaintiffs anticipate filing a motion to dismiss within sixty (60) days of the date of this Notice.

DATED this 24th day of January, 2024.

/s/ Brian S. King
Attorney for Plaintiffs

1

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Settlement has been sent to all parties registered to receive court notices via the Court's CM/ECF System.

DATED this 24th day of January, 2024.

/s/ Brian S. King
Attorney for Plaintiffs